**Order entered September 20, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00389-CR

**REBECCA GOERDEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-30578-V**

## ORDER

Before the Court is appellant's September 18, 2019 motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received on that date filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE